UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GLENN LEO WILLIAMS                                          CIVIL ACTION

VERSUS                                                        NO. 15-3565

BURL CAIN                                                 SECTION "R" (3)

## ORDER

The Court has reviewed *de novo* the petition for *habeas corpus*,[1] the
record, the applicable law, the Magistrate Judge's Report and
Recommendation,[2] and the petitioner's objections.[3] The Magistrate Judge's
recommended ruling is correct, and petitioner's objections were fully
addressed by the Magistrate Judge's Report and Recommendation or are
otherwise without merit.[4] Accordingly, the Court adopts the Magistrate
Judge's Report and Recommendation as its opinion herein.

---

[1]     R. Doc. 4.
[2]     R. Doc. 15.
[3]     R. Doc. 16.
[4]     Petitioner argues that the Magistrate Judge erred in deferring to the
state court's decision rejecting petitioner's ineffective assistance of counsel
claim. Petitioner contends that the Court can conduct a complete review of
his claims, citing *Lockhart v. Fretwell,* 506 U.S. 364 (1993). This objection
is meritless. *Fretwell* was decided before the passage of the Antiterrorism
and Effective Death Penalty Act of 1996 and therefore does not reflect the
current standard of review in habeas proceedings. *See* 28 U.S.C. § 2254(d).

Rule 11 of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue." Rules Governing Section 2254 Proceedings, Rule 11(a). A court may issue a certificate of appealability only if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); Rules Governing Section 2254 Proceedings, Rule 11(a) (noting that § 2253(c)(2) supplies the controlling standard). The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] 'adequate to deserve encouragement to proceed further.'" *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

Here, petitioner has not made a substantial showing of a denial of a constitutional right. The Magistrate Judge's Report and Recommendation clearly and correctly disposes of each of petitioner's claims.

IT IS ORDERED that the petition for *habeas corpus* is DISMISSED WITH PREJUDICE. The Court will not issue a certificate of appealability.

New Orleans, Louisiana, this __14th__ day of August, 2017.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE